UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COUTANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>　　　　Defendant. | Case No. 15-cv-04672-JSW<br><br>**ORDER TERMINATING MOTION TO DISMISS AND VACATING HEARING**<br><br>Re: Docket No. 9 |

On October 16, 2015, Defendants moved to dismiss Plaintiff's complaint. October 30, 2015, Plaintiff filed an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the Court TERMINATES the motion to dismiss as moot, and it VACATES the hearing scheduled for December 11, 2015.

**IT IS SO ORDERED.**

Dated: November 9, 2015

JEFFREY S. WHITE
United States District Judge