UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COUTANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>　　　　Defendant. | Case No.  15-cv-04672-JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

According to the docket in this case, the mediation session that had been scheduled was vacated, because the parties settled the matter.  Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court setting forth the status, but not substance, of the settlement and when they expect to dismiss this case.  The parties shall submit this joint status report by June 21, 2016.

**IT IS SO ORDERED.**

Dated: June 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JEFFREY S. WHITE
United States District Judge